DANIEL G. BOGDEN
United States Attorney
LISA C. CARTIER GIROUX
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6179
FAX: (702) 388-6418

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-cr-83-JCM-CWH |
| Plaintiff, | |
| vs. | MOTION FOR ADMISSION |
| LINDA MACK, TAI KEYSTER, and DARYLL REESE, | |
| Defendants. | |

COMES NOW the United States of America, by and through Daniel G. Bogden, and hereby moves that Kyle Maurer, Trial Attorney, be permitted to practice before this Court, pursuant to Local Rule IA 10-3.

1. Kyle Maurer is a member in good standing of the California Bar (No. 281713), and is admitted to practice in front of the highest court in the state.

2. Kyle Maurer is employed as a Trial Attorney for the United States Department of Justice, Criminal Division, Fraud Section.

3. Subsequent to admission, Kyle Maurer plans to file a notice of appearance in United States v. Mack et. al. (Case No. 2:13-cr-83-JCM-CWH).

The United States respectfully moves that Kyle Maurer be admitted to practice before this

Court, during the period of his employment with the United States Department of Justice, Criminal Division, Fraud Section, pursuant to Local Rule IA 10-3.

Dated this 4th day of April, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Lisa C. Cartier Giroux*
LISA C. CARTIER GIROUX
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>LINDA MACK,<br>TAI KEYSTER, and<br>DARYLL REESE,<br>                    Defendants. | 2:13-cr-83-JCM-CWH<br><br><u>MOTION FOR ADMISSION</u> |

**ORDER**

This matter is before the Court on a motion that Kyle Maurer be admitted to practice before this Court. I find that the motion recites good cause and complies with the requirements of Local Rule IA 10-3. Therefore, IT IS ORDERED that Kyle Maurer be admitted to practice before this Court during the period of his employment with the United States Department of Justice, Criminal Division, Fraud Section.

_____
UNITED STATES MAGISTRATE JUDGE

April 5, 2016
_____
Date

3

**CERTIFICATE OF SERVICE**

I, Lisa C. Cartier Giroux, do hereby certify that on April 4, 2016, a copy of the attached MOTION FOR ADMISSION was electronically served on the following:

Rachel M. Korenblat
Federal Public Defender
411 E. Bonneville Ave
Suite 250
Las Vegas, NV 89101
702-388-6577
rachel_korenblat@fd.org
Counsel for defendant Mack

Joshua Tomsheck
Hofland & Tomsheck
228 South Fourth Street
Las Vegas, NV 89101
702-895-6760
jtomsheck@hoflandlaw.com
Counsel for defendant Keyster

Gabriel L Grasso
Gabriel L. Grasso, P.C.
9525 Hillwood Drive
Suite 190
Las Vegas, NV 89134
702-868-8866
gabriel@grassodefense.com
Counsel for defendant Reese

Dated this 4th day of April, 2016

//s//
_____
Lisa C. Cartier Giroux
Assistant United States Attorney

2