

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-083-JCM-(CWH) |
| Plaintiff, | |
| v. | Final Order of Forfeiture |
| TAI KEYSTER, also known as TAI MADEIRA, | |
| Defendant. | |

This Court found that Tai Keyster, aka Tai Madeira, shall pay the in personam criminal forfeiture money judgment of $115,214.40, not to be held jointly and severally liable with any codefendants, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Superseding Indictment, ECF No. 101; Change of Plea, ECF No. 245; Plea Agreement, ECF No. 247; Preliminary Order of Forfeiture, ECF No. 248.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Tai Keyster, aka Tai Madeira, the in personam criminal forfeiture money judgment of $115,214.40 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this ___ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE